COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| EL PASO CENTRAL APPRAISAL DISTRICT, | § | No. 08-15-00164-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | | 327th District Court |
| V. | § | |
| | | of El Paso County, Texas |
| PLACITAS DE ZARAGOSA GROUP, LLC N/K/A PLACITAS DE | § | (TC# 2014DTX0839) |
| ZARAGOSA GROUP ASSOCIATION, | § | |
| | § | |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of jurisdiction. Finding that the trial court's order partially granting Appellee's motion for traditional summary judgment is not a final judgment or appealable order, we dismiss the appeal for lack of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195. The Property Tax Code permits a party to appeal a final judgment of the district court as provided by law for appeal of civil suits generally.

*See* TEX.TAX CODE ANN. § 42.28 (West 2015). The El Paso Central Appraisal District is attempting to appeal an order which partially grants the Appellee's motion for summary judgment. The order does not purport to be a final judgment.

The Clerk of the Court advised the El Paso Central Appraisal District by letter that the clerk's record does not contain a final judgment or appealable order. The letter further advised the El Paso Central Appraisal District that the Court intended to dismiss the appeal for want of jurisdiction unless it responded within ten days and showed grounds for continuing the appeal. No response has been filed. We therefore dismiss the appeal for want of jurisdiction.

July 8, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.